UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20519-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES SABATINO, et al.,

        Defendants.
_____/

IN RE: CROWN PAWN LLC,

        Third-Party Petitioner,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 388)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 388), issued on April 13, 2018, recommending that the District Court deny Petitioner Crown Pawn LLC's Petition to Set Aside Forfeiture, (D.E. 152). To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 388) issued on April 13, 2018, is **ADOPTED**.

2.  Crown Pawn LLC's Petition (D.E. 152) is **denied**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of April, 2018.

*Joan A. Lenard*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE